IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINCOLN NATIONAL CORPORATION | : : : : : : | CIVIL ACTION<br><br>No. 16-2588 |
| v. | | |
| CHRISTOPHER WADE FLINT | | |

**ORDER**

AND NOW, this 9th day of November, 2016, upon consideration of Defendant Christopher Wade Flint's Motion to Dismiss Plaintiff's Complaint, Plaintiff Lincoln National Corporation's opposition thereto, and Flint's reply, and after hearing argument on the Motion on October 11, 2016, it is ORDERED the Motion (Document 7) is DENIED. A Case Management Order will be entered separately.

BY THE COURT:

      /s/ Juan R. Sánchez      
Juan R. Sánchez, J.